

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00398-CR

Mario **ARTEAGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 12,278CR
The Honorable Enrique Fernandez, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 5, 2014.

Catherine Stone, Chief Justice